# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2012

144247

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BRANDEE LEIGH PEIKERT,
      Defendant-Appellant.

SC: 144247
COA: 298999
Kent CC: 09-008066-FH

_____/

      On order of the Court, the application for leave to appeal the November 17, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2012

_____
Clerk

p1113